**RECEIVED**

NOV 1 9 2019

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:19-cr-063 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| RICHARD JOHN SIEMER, JR., | ) | T. 18, U.S.C. § 2261(a)(2) |
| | ) | T. 28, U.S.C. § 2261(b)(4) |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Interstate Domestic Violence-Causing Travel of Victim)**

On or about the 4th day of July, 2019, in the Southern District of Iowa and elsewhere, the defendant, RICHARD JOHN SIEMER JR., caused R.S., an intimate and dating partner, to travel in interstate commerce by fraud and coercion, and while in the course of, and as a result of such fraud and coercion, committed and attempted to commit a crime of violence, to wit: aggravated Sexual Assault, as defined in T. 18 U.S.C. Section 2241, a crime of violence against R.S.

This is a violation of Title 18, United States Code, Sections 2261(a)(2) and 2261(b)(4).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney

1